UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:05-cr-44-T-24 AEP

TONY FORD

_____/

**ORDER**

This cause comes before the Court on Defendant Ford's motion for reconsideration of this Court's August 6, 2010 Order denying his motion to compel Grand Jury matter for the Second Superseding Indictment. (Doc. No. 407).

There are three major grounds justifying reconsideration: (1) an intervening change in controlling law; (2) the availability of new evidence; and (3) the need to correct clear error or to prevent manifest injustice. See U.S. v. Ayala, 2008 WL 2047927, at *1 (M.D. Fla. May 13, 2008)(citations omitted). The Court notes that reconsideration of a previous order is an extraordinary remedy to be employed sparingly. See id. (citation omitted).

While Defendant alleges that reconsideration is necessary because an injustice has occurred, merely asserting the conclusory allegation that an injustice has occurred is not sufficient to warrant reconsideration. Accordingly, it is ORDERED AND ADJUDGED that Defendant Ford's motion for reconsideration (Doc. No. 47) is **DENIED**.

**DONE AND ORDERED** at Tampa, Florida, this 24th day of August, 2010.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Pro Se Defendant